# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 3:19-CR-593 |
| vs. ) | |
| ) | MOTION TO DISCLOSE EVIDENCE |
| ) | OF OTHER CRIMES, WRONGS, OR |
| ASHLEY COOK, ) | ACTS UNDER RULE 404(b) OF THE |
| ) | FEDERAL RULES OF EVIDENCE |

NOW COMES the Defendant in the above-captioned action, acting by and through undersigned Counsel, filing this Motion to Disclose Evidence of Other Crimes, Wrongs, or Acts, Under Rule 404 (b) of the Federal Rules of Evidence. The Defendant would move this Honorable Court to order the Government to notify the Defendant of its intention to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake or accident, or for any other purpose. The Defendant would also move this Honorable Court to require the Government, at the time of disclosure, to specify the particular crime, wrong, or act to be used and the particular theory upon which they contend it is admissible pursuant to Rule 404(b), Fed.R.Evid.

WHEREFORE, having set forth his grounds, the undersigned prays for such Order as is just and proper.

Respectfully submitted,

s/CONNIE BREEDEN
CONNIE D. BREEDEN
Attorney at Law
Federal I.D. # 10467
Post Office Box 4475
Columbia, SC   29240
(803) 255-1010

Columbia, South Carolina          breeden@sc.rr.com
August 5, 2019                    ATTORNEY FOR THE DEFENDANT