IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:19-593 |
| | ) | |
| v. | ) | |
| | ) | |
| **ASHLEY SHAY COOK,** | ) | **CONTINUANCE ORDER** |
| a/k/a "Ashley Shay Nicole Cook," | ) | |
| a/k/a "Ashley Livingston" | ) | |
| **CANDICE JOHNSON DOOLEY** | ) | |

This matter came before the Court on motion of the defense for a continuance of this case beyond the October 3, 2019, term of court. During a Pre-Trial Conference held before the Court on September 25, 2019, the defense counsel for both Defendants requested a continuance of the trial date beyond the Court's October 3, 2019, term to allow defense counsel additional time to engage in further plea negotiations. The Government consented to both continuances. Both Defendants, upon inquiry by the Court, also consented on the record to the continuance request. This is the first request for a continuance in this case.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the Defendants in a speedy trial against the ends of justice and finds that the latter outweighs the former. The Court finds that a continuance until the next term of court will allow defense counsel the time necessary for further review of the case with the Defendants and will afford the parties the opportunity to engage in plea negotiations.

Therefore, the Court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the Court specifically finds, based on the entire record before it, that the ends of justice served by the granting of this continuance outweigh the interests of the public and both Defendants in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case is continued until the Court's next term of court, which is currently scheduled December 4, 2019, and that any period of delay is hereby excluded in computing the time within which trial must begin pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

IT IS SO ORDERED.

    s/ Mary Geiger Lewis
Mary Geiger Lewis
United States District Court Judge

September 26, 2019
Columbia, SC