AO 245B (SCDC Rev. 10/20) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: ASHLEY SHAY COOK | Judgment — Page 2 of 6 |
| CASE NUMBER: 3:19-593 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: one hundred twenty (120) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on _____
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on _____
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 JUN 15 AM 10: 52

## RETURN

I have executed this judgment as follows:

Defendant delivered on 4/22/2021 to FCI Tallahassee
at Tallahassee, Florida, with a certified copy of this judgment.

FOR Erica Strong, Warden
UNITED STATES MARSHAL

By  Robinson CSO
DEPUTY UNITED STATES MARSHAL

Last Name: COOK
First Name: ASHELY
Middle Name: SHAY
Suffix:
Height: 5'08''
Weight: 287
Hair: BROWN
Eye: BROWN
Regno: 34510-171
Facility: TAL
(Photo dated 2021-04-22)